**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.:  2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard,  ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco  dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

Dated:  May 13, 2025

*/s/Stephen T. Sullivan, Jr.*_____
  Stephen T. Sullivan, Jr.
  John E. Keefe, Jr.
  KEEFE LAW FIRM
  2 Bridge Avenue, Suite 623
  Red Bank, NJ 07701
  (732) 224-9400
  ssullivan@keefe-lawfirm.com
  jkeefe@keefe-lawfirm.com
  *Counsel for Plaintiffs Listed on Exhibit A*

Respectfully submitted,

*/s/ Liam J. Montgomery*_____
  Liam J. Montgomery
  WILLIAMS & CONNOLLY LLP
  680 Maine Ave SW
  Washington, DC 20024
  (202) 434-5000
  lmontgomery@wc.com

  *Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*

*/s/ Jonathan B. Blakley*
  Jonathan B. Blakley
  Gordon Rees Scully Mansukhani
  One North Wacker, Suite 1600
  Chicago, IL 60606
  (312) 619-4915
  jblakley@grsm.com

  *Counsel for ChemDesign Products Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

_/s/ Stephen T. Sullivan, Jr._
Stephen T. Sullivan, Jr.

3